Guerine &

Guerine, for appellant; Guy C. Guerine, of counsel; Wyatt Jacobs, for appellee; Charles E. Heckler, and Robert O. Rooney, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed April 1, 1952; released for publication May 23, 1952.

## Associates Discount Corporation, Appellee, v. Bernice Schwartz et al., Appellant.

### Gen. No. 45,589.

Root

& Harman, and Edward W. Sowin, for appellant; Rittenberg, Schulz, DeJohn & Mayer, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed April 1, 1952; released for publication May 23, 1952.

## The Chicago Club, Appellee, v. Wadia Basil, Appellant.

### Gen. No. 45,639.